United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 4, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 03-40294
Summary Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JACOB BRISLIS,

Defendant-Appellant.

---
Appeals from the United States District Court
for the Southern District of Texas
USDC No. C-02-CR-253-1
---

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Jacob Brislis appeals from his jury-trial conviction for possession of firearms in furtherance of a drug trafficking crime and possession with intent to distribute cocaine. Brislis argues that the evidence was insufficient to support his conviction for possession of firearms during and in relation to a drug trafficking offense.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4 .

The record contains sufficient evidence to support Brislis' conviction for violating 18 U.S.C. § 924(c)(1). The jury has the role of assessing the credibility of witnesses. United States v. Deville, 278 F.3d 500, 506 (5th Cir. 2002). "The evidence does not need to exclude every reasonable hypothesis of innocence; the jury is free to choose among reasonable interpretations of the evidence." United States v. Perrien, 274 F.3d 936, 939-40 (5th Cir. 2001).

AFFIRMED.